# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1273. RENE HARVEY v. CITY OF FITZGERALD et al.**

The Appellant in the above-styled case has filed a motion entitled Appellant's Motion To Dismiss Appeal. Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/26/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*